Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB)<br><br>*James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB)<br><br>*John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB)<br><br>*Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB)<br><br>*Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB)<br><br>*Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB)<br><br>*William Crowley vs. Pfizer Inc* (06-2668 CRB)<br><br>*Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB)<br><br>*Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

*Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

*Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

*Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

*Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

*Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

*Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

*Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

*Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

*George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

*Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

*Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

*Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

*Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

*Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

*Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

*Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

*Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

*Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

*Betty Lou Bass vs. Pfizer Inc, et al.*

(07-3643 CRB)

*Rachel Carballo, et al. vs. Pfizer Inc, et al.*
(07-3646 CRB)

*Chad James Flynn, et al. vs. Pfizer Inc, et al.*
(07-3955 CRB)

*Helen Alexander, et al. vs. Pfizer Inc, et al.*
(07-4382 CRB)

*James Dauphinais, et al. vs. Pfizer Inc, et al.*
(07-4983 CRB)

*James Darty vs. G.D. Searle LLC, et al.*
(07-5399 CRB)

*Robyn Anderson, et al. vs. Pfizer Inc, et al.*
(07-5590 CRB)

*Morris Adams, et al. vs. Pfizer Inc, et al.*
(07-5591 CRB)

*Peter Fos vs. Pfizer Inc, et al.*
(07-5685 CRB)

*Michael H. Allen, et al. vs. Pfizer Inc, et al.*
(07-5703 CRB)

*Vivian Cobb vs. Pfizer Inc, et al.*
(08-0257 CRB)

*Roberta Bowman vs. Pfizer Inc, et al.*
(08-0303 CRB)

*Harriet Bratcher vs. Pfizer Inc, et al.*
(08-0795 CRB)

*Olive Beebe, et al. vs. Pfizer Inc, et al.*
(08-0977 CRB)

*Ramond Beaver vs. Pfizer Inc, et al.*
(08-1015 CRB)

*Robert Colman vs. Pfizer Inc, et al.*
(08-1016 CRB)

*Robert E. Davis, et al. vs. Pfizer Inc, et al.*
(08-1224 CRB)

*Rommie Anderson, et al. vs. Pfizer Inc, et al.*
(08-1351 CRB)

*Tim Gray vs. Pfizer Inc, et al.*
(08-1434 CRB)

*Owen L. May, et al. vs. Pfizer Inc, et al.*
(08-1590 CRB)

*Ronald Carr, et al. vs. Pfizer Inc, et al.*
(08-1591 CRB)

*Mary Basilisco, et al. vs. Pfizer Inc, et al.*
(08-1746 CRB)

*Earnest Colvin vs. Pfizer Inc, et al.*
(08-2470 CRB)

*Velma Burt vs. Pfizer Inc, et al.*
(08-2471 CRB)

*Sarah Benton vs. Pfizer Inc, et al.*
(08-2605 CRB)

*Lawanda Bell vs. Pfizer Inc, et al.*
(08-3708 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/29/2009 By: [signature]

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009 By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

______________________
Hon. Charles R. Breyer
United States District Court